**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-Mail: Michael.Grimaldi@lewisbrisbois.com
DYANNE CHO, SB# 306190
  E-Mail: Dyanne.Cho@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for BMW of North America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDO TSOAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-03386-BRO-SS<br><br>**NOTICE OF RELATED CASE (L.R. 83-1.3.1)**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Date Filed: May 17, 2016 |

4818-7953-9252.1                                                                  2:16-cv-03386

NOTICE OF RELATED CASE (L.R. 83-1.3.1)

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN**:

Pursuant to Central District Local Rule 83-1.3.1, defendant BMW of North America, LLC ("BMW NA") hereby provides notice that the instant case ("*Tsoar*") is related to an action that was later filed and recently transferred to this Court captioned *Green v. BMW of North America, LLC*, Case No. 8:16-cv-04800-MWF-GJS ("*Green*").

This action is a consumer class action arising from the same or closely related transaction, happenings, or events, and calls for the determination of the same questions of law and fact presented in *Green* and another case that was deemed related to this case and recently transferred to this Court, *Rollolazo v. BMW of North America, LLC*, Case No. 8:16-cv-00966-BRO-SS (*"Rollolazo"*). The claims in this case and in *Green* and *Rollolazo* focus on the same alleged "defect" and arise from BMW NA's alleged failure to disclose that 2014 to 2016 model year BMW i3 REx vehicles equipped with the Range Extender may decelerate or operate at lower maximum speeds when the Range Extender is activated and while driving in certain driving conditions. The operative complaint in *Green* describe the alleged defect in the same way as plaintiffs do here and in *Rollolazo* (*see Rollolazo* FAC ¶ 27; *Tsoar* Comp. ¶ 15; *Green* FAC 32) and cites the same or substantially similar consumer complaints on third-party websites and the NHTSA database. *See Rollolazo* FAC ¶¶ 30, 31; *Tsoar* Comp. ¶¶ 18, 19; *Green* FAC ¶¶ 66, 67.

The proposed nationwide class or various state subclass definitions in this case, *Rollolazo,* and *Green* are also the same or substantially similar. Each of the complaints allege putative nationwide classes that include all persons who purchased or leased 2014 to 2016 model year BMW i3 vehicles with Range Extender. To the extent there are any differences with respect to the putative class definitions, they are minor, or are limited to plaintiffs' definitions of any subclasses (*Rollolazo*, for example, limits the nationwide class and various state subclasses to those persons or entities who purchased or leased prior to May 17, 2016 and who

4818-7953-9252.1                                     1                                    2:16-cv-03386
NOTICE OF RELATED CASE (L.R. 83-10301)

either still own or lease or sold their vehicle before May 17, 2016).

The asserted claims in this case, in *Rollolazo*, and in *Green* are also substantially the same. All three cases assert claims for breach of express and implied warranties, violation of the Magnuson-Moss Warranty Act (15 U.S.C. § 2301 et seq.), violation of the Song-Beverly Consumer Warranty Act (Cal. Civ. Code § 1790 et seq.), violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 et seq.), and violation of California's Consumer Legal Remedies Act (Cal. Civ. Code § 1750 et seq.).[1] All three cases therefore call for a determination of the same or substantially related or similar questions of law and fact. The operative complaints even list the same or substantially similar "common questions" for adjudication on behalf of members of the class. *Compare Rollolazo* FAC ¶ 68, *Tsoar* Comp. ¶ 28, *Green* FAC ¶ 75.

For the foregoing reasons, BMW NA respectfully requests that the *Green* action be deemed related to this first-filed *Tsoar* action, and that the *Green* action be transferred to this Court as a related case for further proceedings.

DATED: July 1, 2016

ERIC Y. KIZIRIAN
MICHAEL K. GRIMALDI
DYANNE CHO
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Eric Y. Kizirian
Eric Y. Kizirian
Attorneys for BMW of North America, LLC

---

[1] Plaintiffs in *Green* also assert other claims for common law fraud, restitution, and violation of Business & Professions code section 17500 ("FAL").